<u>**UNPUBLISHED**</u>

FILED:  November 3, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-7410
(1:98-cr-00358-LMB-4)
(1:11-cv-01413-LMB)
(1:09-cv-01008-LMB)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

WILFREDO GONZALEZ LORA

Defendant - Appellant

_____

O R D E R

_____

The court previously denied rehearing and rehearing en banc and issued its mandate in this case on October 21, 2015.  The court now recalls the mandate and grants panel rehearing pursuant to Fed. R. App. P. 40.

The clerk is directed to consolidate this case with No. 15-6137, <u>United States v. Wilfredo Gonzalez Lora</u>.

Entered at the direction of the panel:  Judge Duncan, Judge Diaz, and Senior Judge Davis.

For the Court

<u>/s/ Patricia S. Connor, Clerk</u>